**Form ODSC7fi**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

| | |
|---|---|
| In re:<br>Gary A. Arden<br><br>1275 46th Ave.<br>San Francisco, CA 94122<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–8548 | **Case Number:** 03–33072 DM 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, E. Lynn Schoenmann in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 2/13/04

By the Court:

Dennis Montali
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 8

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0971-3         User: dbrewer            Page 1 of 1              Date Rcvd: Feb 13, 2004
Case: 03-33072               Form ID: ODSC7fi         Total Served: 31
```

The following entities were served by first class mail on Feb 15, 2004.
```
db         Gary A. Arden,    1275 46th Ave.,    San Francisco, CA  94122
aty        Harriet L. Goldfarb,    Law Offices of Harriet L. Goldfarb,    318 B St. #8,    San Mateo, CA  94401
tr         E. Lynn Schoenmann,    800 Powell Street,    San Francisco, CA  94108
smg        CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
             Sacramento, CA  94280-0001
smg        CA Franchise Tax Board,    Special Procedures Bankruptcy Unit,    P.O. Box 2952,
             Sacramento, CA  95812-2952
smg        Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
             Sacrament, CA  94230
smg        IRS,    Special procdures Staff,    1301 Clay St. Ste. #1400-S,    Sacramento, CA  95812
ust        Office of the U.S. Trustee / SF,    Office of the U.S. Trustee,    250 Montgomery St. #1000,
             San Francisco, CA  94104
cr         American Express Centurion Bank,    c/o Becket and Lee,    P.O. Box 3001 Dept,
             Malvern, PA  19355-0701
7015049    AT and T Universal Card,    P.O.Box 44167,    Jacksonville, FL 32231
7015048    American Express,    P.O.Box 297884,    Fort Lauderdale, FL 33329
7015051    Bank of America,    c/o CIR, Law Offices,    8031 Linda Vista Rd.,    San Diego, CA 92111
7015050    Bank of America,    c/o NCO Financial,    P.O.Box 41457,    Philadelphia, PA 19101
7015052    Capital One,    P.O.Box 85015,    Richmond, VA 23285
7015053    Chevron,    P.O.Box 5010,    Concord, CA 94524
7015054    Citibank,    P.O.Box 6000,    The Lakes, NV 89163
7015055    Discover,    P.O.Box 6011,    Wilmington, DE 19850
7015042    Equifax,    PO Box 105873,    Atlanta, GA 30348
7015044    Experian,    PO Box 2104,    Allen, TX 75013-2104
7015046    Franchise Tax Board,    Special Procedures,    PO Box 2952,    Sacramento, CA 95812
7015056    Franchise Tax Board,    P.O.Box 942867,    Sacramento, CA 94267
7015057    Household Bank,    P.O.Box 80084,    Salinas, CA 93912
7015058    IRS,    Fresno, CA 93888
7015045    IRS,    Special Procedures,    1301 Clay St.,    Oakland, CA 94612
7015047    IRS San Jose,    Special Procedures,    PO Box 99,    San Jose, CA 95113
7015059    MBNA America,    P.O.Box 15027,    Wilmington, DE 19850
7015060    MBNA America,    c/o Total Credit Recovery USA Grp.,    P.O.Box 2304,    Buffalo, NY 14240
7015061    San Francisco General Hospital,    c/o City and County of San Francisco,    P.O.Box 7426,
             San Francisco, CA  94120
7015043    Transunion,    PO Box 2000,    Chester, PA 19022
7015062    Union 76,    P.O.Box 7600,    Tulsa, OK 74101
7015063    Wells Fargo,    PO Box 5058,    Sioux Falls, SD 57117
```

The following entities were served by electronic transmission.                                TOTAL: 0
NONE.

      ***** BYPASSED RECIPIENTS *****                                                         TOTAL: 0
NONE.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2004**                    **Signature:**    *Joseph Speetjens*